# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA,
        Plantiff,
  V.

EDUARDO RAMOS-GONZALES,
        Defendant.

**APPEARANCE**

Case Number: 08MJ0636

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

EDUARDO RAMOS-GONZALES

I certify that I am admitted to practice in this court. PRO HAC VICE.

3/5/2008
Date

/s/ LINDA LOPEZ
Signature

Linda Lopez/ Federal Defenders of SD     177301
Print Name     Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City     State     Zip Code

(619) 234-8467     (619) 687-2666
Phone Number     Fax Number

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 5, 2008                                          /s/  Linda Lopez
                                                              LINDA LOPEZ
                                                              Federal Defenders of San Diego, Inc.
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              e-mail: Linda_Lopez@fd.org